UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-23677-CIV-ALTONAGA/SIMONTON

GERALD LELIEVE,

       Plaintiff,

v.

MANUEL OROSA, in his official
capacity as Chief of the City of Miami
Police Department (City of Miami); and
ODNEY BELFORT, an individual,

       Defendants.
_____/

## SPECIAL INTERROGATORIES TO THE JURY

**We, the Jury, return the following verdict:**

**Do you find from a preponderance of the evidence:**

1. That the Plaintiff was subjected to excessive or unreasonable force by a City of Miami police officer either while being arrested or while in custody?

   **Answer:** ✓ Yes or ____ No.

   *Note: If you answered "No" to Question 1, skip the remaining questions and have your foreperson sign this Verdict Form at the bottom of the last page. Otherwise, proceed to Question No. 2.*

2. That Defendant Odney Belfort committed acts constituting the use of excessive or unreasonable force against the Plaintiff while the Plaintiff was being arrested or at any time thereafter while Plaintiff was in police custody, and that those acts were the proximate or legal cause of the injuries sustained by the Plaintiff?

**Answer:** ✓ Yes   or ____ No.

*Note: Regardless of your answer to Question 2, proceed to Question 3.*

3. That, the Defendant City of Miami had a policy, practice or custom, as described in the Jury Instructions, which was the proximate or legal cause of the injuries sustained by the Plaintiff?

   **Answer:** ✓ Yes   or ____ No.

   *Note: Regarding Questions 2 and 3, if you answered "Yes" as to either one or both questions, proceed to Question 4. If you answered "No" as to both questions 2 and 3, skip the remaining questions and sign the Verdict Form.*

4. That the Plaintiff should be awarded damages to compensate for physical as well as emotional pain and suffering, mental anguish, and loss of capacity for the enjoyment of life, experienced in the past or to be experienced in the future?

   **Answer:** ✓ Yes   or ____ No.

   4(a). *If you answered "Yes" to Question 4, what is the total amount of Plaintiff's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?*

   $ 125,000 .

   4(b). Listed in column (1) below are the Defendants whose actions or inactions you could have found to have proximately caused the monetary damages you entered as in answer to Question 4(a). Please list in column (2) the dollar amount of actual damages caused by and attributable to each separate Defendant. However, be aware that only a Defendant for whom you answered "Yes" in either

2

Question 2 or 3 may be held liable for any monetary damages. (The total of the amounts in column (2) must equal the amount in your answer to question 4(a)).

| (1) Defendant(s) | (2) $ Amount |
|---|---|
| THE CITY OF MIAMI | 100,000 |
| ODNEY BELFORT | 25,000 |

5. That Defendant Belfort acted with malice or reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against Defendant Belfort?

   Answer: √ Yes   or   ____ No.

   If you answered Yes, in what amount? $ 50,000.

6. If you awarded "0" dollars to Plaintiff in response to questions 4 and 5, that the Plaintiff should be awarded $1 in nominal damages?

   Answer: ____ Yes   or   ____ No.

SO SAY WE ALL.

_____  /    _____
Foreperson Signature          Foreperson Printed Name

Dated: 3-16-12

3